IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AQUATIC AV, INC.,

    Plaintiff,

  v.

THE MAGNADYNE CORPORATION, INC. and SSV WORKS, INC.,

    Defendants.

No. C 14-01931 WHA

**ORDER RE PENDING MOTIONS**

On August 25, defendant The Magnadyne Corporation filed a motion to dismiss the first amended complaint. Defendant SSV Works, Inc. filed a notice of joinder. On September 3, this action was reassigned to the undersigned judge. On September 15, plaintiff filed an opposition to the motion to dismiss and a motion for leave to file a second amended complaint (Dkt. No. 42-6). The parties shall meet and confer in person or via telephone in a good faith effort to resolve all disputes raised in the pending motions and proposed second amended complaint. By **NOON ON SEPTEMBER 24**, the parties shall file a joint statement showing cause why: (i) the pending motion to dismiss the first amended complaint could not be withdrawn, and (ii) the parties could not stipulate to the filing of the proposed second amended complaint without prejudice to defendants filing a timely motion to dismiss the second amended complaint (assuming there are grounds for bringing such a motion). The joint statement shall state when and for how long counsel met and conferred. If defendants plan on moving to dismiss the proposed second amended complaint, the Court prefers one joint motion, if possible.

**IT IS SO ORDERED.**

Dated: September 16, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE