IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUATIC AV, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 14-01931 WHA<br><br>**ORDER RE UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

　　　　In this patent-infringement action, pleading amendments must be sought by February 2015 (Dkt. No. 56). On December 8, plaintiff filed a motion for leave to file a third amended complaint, representing that defendants do not oppose the pending motion. Defendants have until **DECEMBER 12 AT NOON** to file a statement of non-opposition (or to state whether they intend to file an opposition). If there is no opposition, then plaintiff shall file and serve the third amended complaint by **DECEMBER 15**, and defendants shall file and serve their response by **DECEMBER 29, 2014**.

　　　　**IT IS SO ORDERED.**

Dated: December 9, 2014.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE