IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUATIC AV, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,<br><br>　　　　Defendants.<br>_____/ | No. C 14-01931 WHA<br><br>**ORDER SETTING TECHNOLOGY TUTORIAL** |

A technology tutorial regarding U.S. Patent No. 7,831,756 is hereby set for **MONDAY, FEBRUARY 9 AT 2:00 P.M.** Each side will be allocated approximately thirty minutes and may use demonstratives. Demonstratives should be exchanged by **FEBRUARY 6 AT NOON**. Diagrams, blow-up pictures, figures, video clips, and/or animations are often helpful. Please bring at least three copies of all slides. Relevant products may be brought to the tutorial.

**IT IS SO ORDERED.**

Dated: January 13, 2015.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE