IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AQUATIC AV, INC., a California corporation,

    Plaintiff,

  v.

MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,

    Defendants.

No. C 14-01931 WHA

**REQUEST FOR RESPONSE**

    Plaintiff filed a motion to extend deadlines by two weeks (Dkt. No. 81). Defendants have until **5:00 P.M. TODAY** to file a response.

Dated: January 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE