IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AQUATIC AV, INC., a California corporation,

    Plaintiff,

  v.

MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,

    Defendants.

No. C 14-01931 WHA

**REQUEST RE TUTORIAL**

Please bring representative products, including wireless and wired remote controls, to the technology tutorial.

Dated: February 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE