IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AQUATIC AV, INC., a California corporation,

    Plaintiff,

  v.

MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,

    Defendants.

No. C 14-01931 WHA

**ORDER FOLLOWING FEBRUARY 19 HEARING**

As discussed at today's hearing, the parties have until **FEBRUARY 23 AT 5:00 P.M.**, to file a supplemental brief (each not to exceed five pages; no footnotes and no attachments) addressing the issue of whether the "hermetically seals" limitation in claim 16 is invalid for indefiniteness and/or vagueness.

**IT IS SO ORDERED.**

Dated: February 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE