| | |
|---|---|
| David C. Bohrer (SBN 212397)<br>dbohrer@valoremlaw.com<br>VALOREM LAW GROUP, LLP<br>60 South Market Street, Suite 1250<br>San Jose, California 95113-2396<br>Telephone: (408) 938-3882<br>Facsimile: (408) 915-2672 | William E. Thomson Jr. (SBN 47195)<br>wthomson@brookskushman.com<br>BROOKS KUSHMAN, P.C.<br>601 S. Figueroa, Suite 2080<br>Los Angeles, CA 90027-5726<br>Telephone: (213) 622-3003<br>Facsimile: (213) 622-3053 |
| J. Pat Heptig (TX Bar No. 00793940) (*pro hac vice*)<br>pheptig@valoremlaw.com<br>VALOREM LAW GROUP, LLP<br>15050 East Beltwood Parkway<br>Addison, Texas 75001<br>Telephone: (214) 451-2154<br>Facsimile: (312) 676-5499 | Marc Lorelli (MI Bar No. P63156) (*pro hac vice*)<br>mlorelli@brookskushman.com<br>BROOKS KUSHMAN, P.C.<br>1000 Town Center, 22nd Floor<br>Southfield, MI 48075<br>Telephone: (248) 358-4400<br>Facsimile: (248) 358-3351 |
| Attorneys for Plaintiff<br>Aquatic AV, Inc. | Attorneys for Defendant<br>The Magnadyne Corporation |

Brian J. Philpott (SBN 241450)
bphilpott@koppelpatent.com
KOPPEL PATRICK HEYBL & PHILPOTT
2815 Townsgate Road, Suite 215
Westlake Village, California 91361
Telephone: (805) 373-0060
Facsimile: (805) 373-0051

Attorneys for Defendant
SSV Works, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUATIC AV, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MAGNADYNE CORPORATION, a California corporation, and SSV WORKS, INC., a California corporation,<br><br>Defendants. | Case No. 3:14-cv-01931-WHA<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule 41(a)(1)(A), Plaintiff Aquatic AV, Inc. and Defendants Magnadyne Corporation and SSV Works, Inc. hereby stipulate and agree that this case (including all claims brought by Aquatic AV) is dismissed with prejudice and that each party shall bear its own costs and fees.

Dated: April 14, 2015                VALOREM LAW GROUP, LLP


                                     By:  /s/    David C. Bohrer
                                          David C. Bohrer
                                          Attorneys for Plaintiff
                                          Aquatic AV, Inc.

Dated: April 14, 2015                BROOKS KUSHMAN, P.C.


                                     By:  /s/    Marc Lorelli
                                          Marc Lorelli
                                          Attorneys for Defendant
                                          The Magnadyne Corporation

Dated: April 14, 2015                KOPPEL PATRICK HEYBL & PHILPOTT


                                     By:  /s/    Brian J. Philpott
                                          Brian J. Philpott
                                          Attorneys for Defendant
                                          SSV Works, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

Dated: April 14, 2015
                                     By:  /s/    David C. Bohrer
                                          David C. Bohrer

1  PURSUANT TO STIPULATION, IT IS ORDERED that:

2  ALL CLAIMS BY PLAINTIFF AQUATIC AV, INC. AGAINST DEFENDANTS

3  MAGNADYNE CORPORATION and SSV WORKS, INC. ARE DISMISSED WITH

4  PREJUDICE.  ALL COUNTERCLAIMS BY DEFENDANTS MAGNADYNE

5  CORPORATION and SSV WORKS, INC. AGAINST AQUATIC AV, INC. ARE DISMISSED

6  WITH PREJUDICE.  EACH PARTY SHALL BEAR ITS OWN FEES AND COSTS.

7  Dated: April 14, 2015   The Clerk shall close the file.

8  By: _____
    Hon. William H. Alsup